■ AMERICAN TOWER ASSET SUB, LCC, et al., Respondents, v BUFFALO-LAKE ERIE WIRELESS SYSTEMS, CO., LLC, Appellant. [976 NYS2d 917]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered August 3, 2012. The order, among other things, granted the motion of plaintiffs for partial summary judgment dismissing the first counterclaim and denied the cross motion of defendant for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Centra, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.